UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                Case No. 16−32812
                                                                     Chapter 13
Sylvia R Tatum,

      Debtor.

**PURSUANT TO LBR 1017−1, BANKR. M.D. ALA., THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE, UNLESS A RESPONSE IS FILED AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 21 DAYS OF SERVICE, OR THE INDICATED DEFICIENCIES ARE CURED. RESPONSES MUST BE FILED ELECTRONICALLY OR SENT BY U.S. MAIL TO:**

Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104

### NOTICE OF DISMISSAL

Notice is hereby given that the debtor in the above referenced case has failed to:

- ☐ Fully cure the deficiencies noted in the Notice of Deficiency filed and noticed shortly after the filing of the case.

- ☑ Pay the required filing fee in installments as directed in the Order Approving Payment of Filing Fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition.

Unless a response to this notice is filed within 21 days of service or the deficiency is cured, the case may be dismissed without further notice. Responses must indicate cause as to why the case should not be dismissed and be filed electronically.

Dated February 2, 2017

*Juan−Carl Guerrero*

Juan−Carlos Guerrero
Clerk of Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
```

In re:                                                          Case No. 16-32812-DHW
Sylvia R Tatum                                                  Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 1127-2           User: lbodden            Page 1 of 1           Date Rcvd: Feb 02, 2017
                               Form ID: ndsmneg         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db             +Sylvia R Tatum,    387 Webster Rd,   Lot #62,   Auburn, AL 36832-4209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Sylvia R Tatum jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Leonard N. Math    on behalf of Creditor    CHATTAHOOCHEE FEDERAL CREDIT UNION
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Sylvia R Tatum rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5